Brent Wells, OSB # 85403
HARDER, WELLS, BARON & MANNING, P.C.
Attorneys at Law
474 Willamette, Suite 200
Eugene, OR 97401
(541) 686-1969
bwells@hwbm.net

Natalie Bolli-Jones (Utah Bar #8150)
Law Office of Jay Barnes
1079 E. Riverside Dr. Ste 203
St. George, UT 84790
Telephone: (801) 788-4942
natalie.bolli@jaybarneslaw.com
 Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GARTH O. LEIGHTON,      )<br>                                               )<br>            Plaintiff,           )<br>      vs.                             )<br>                                               )<br>MICHAEL J. ASTRUE,         )<br>Commissioner, Social Security )<br>Administration ,                  )<br>                                               )<br>            Defendant.         ) | Civil Action No. CV 3:09-6270-KI<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $ 5691.90 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at The Law Office of Jay Barnes, 1079 E. Riverside Dr. Ste. 203, St. George, UT 84790. Pursuant to *Astrue v. Ratliff,* the award shall be made

payable to Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.

Dated this ___6th___ day of June, 2011.

_____
U.S. District Judge

PRESENTED BY:

s/ Natalie Bolli-Jones
Law Office of Jay Barnes
Of Attorneys for Plaintiff